# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

**SABRINA HARVEY**,

    Plaintiff,

v.

**UHS PRUITT HOLDINGS, INC. and LOWNDES COUNTY HEALTH SERVICES, LLC D/B/A HERITAGE HEALTHCARE OF VALDOSTA**,

    Defendants.

Civil Action No. 7:14-CV-54 (HL)

## ORDER

Pursuant to Local Rule 87, Defendants are ordered to file a corporate disclosure statement by no later than August 29, 2014. Failure to do so will result in sanctions against the party and/or counsel.

**SO ORDERED** this 22nd day of August, 2014.

*s/ Hugh Lawson*_____
**HUGH LAWSON, SENIOR JUDGE**

aks